UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEGEND PICTURES, LLC,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:23-CV-16808<br><br>JUDGE CHARLES P. KOCORAS<br><br>MAGISTRATE JUDGE MARIA VALDEZ |

## DECLARATION OF ANN MARIE SULLIVAN

I, Ann Marie Sullivan, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff, Legend Pictures, LLC ("Legendary" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. Since and pursuant to entry of the TRO, several financial accounts associated with the Defendant Internet Stores have been frozen.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the January 10, 2024 at Chicago, Illinois.

　　　　　　　　　　　　　　　*/s/ Ann Marie Sullivan*
　　　　　　　　　　　　　　　Counsel for Plaintiff
　　　　　　　　　　　　　　　Legend Pictures, LLC